*FILED*
FEB 23 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              )
                                              )   Case No. 05 B 55812
                                              )
Kmetz Construction Services, Inc.,            )
                                              )
                                              )   Chapter 11
                                              )
Debtor.                                       )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO CHESTER H. FOSTER, JR., ATTORNEY FOR DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $17,792.99 | TOTAL COSTS REQUESTED: | $2,238.51 |
| TOTAL FEES REDUCED: | $   660.74 | TOTAL COSTS REDUCED: | $    0.00 |
| TOTAL FEES ALLOWED: | $17,132.25 | TOTAL COSTS ALLOWED: | $2,238.51 |

**TOTAL FEES AND COSTS ALLOWED: $19,370.76**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)     **Lumping**
        The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D.Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)     **Proper Time Increments for Billing**
        The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." re Wildman, 72 B.R. 700, 726 (Bankr. N.D.Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(3)     **Unreasonable Time**
        The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr.N.D.Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project...An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman,* 72 B.R. 700, 713 (Bankr.N.D.Ill. 1987) (same).

Dated: February 23, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

Chester H. Foster, Jr.
Foster, Kallen & Smith
3825 W. 192nd Street
Homewood, IL 60430

February 02, 2006

Kmetz Construction Co.
236 East 161st Place
South Holland IL 60473

Invoice #        2547

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **1. General Case Administration** | | | | |
| 10/18/2005 | DBF | Preparation of bankruptcy schedules and e-mail to client. | 1.00<br>80.00/hr | 80.00 |
| 10/21/2005 | DBF | Completed first draft of bankruptcy schedules for review by client and Chester H. Foster, Jr. | 2.00<br>80.00/hr | 160.00 |
| 10/24/2005 | CHF | Prepare claims bar date order & write E-Mail RF regarding same. | 0.30<br>350.00/hr | 105.00 |
| 10/25/2005 | CHF | Office conference with E.Kmetz regarding bankruptcy generally. | 1.00<br>350.00/hr | 350.00 |
| 10/26/2005 | CHF | Telephone call E.Kmetz regarding collection actions. | 0.20<br>350.00/hr | 70.00 |
| 10/29/2005 | CHF | Review P.Wallace letter & forward same to E.Kmetz. | 0.20<br>350.00/hr | 70.00 |
| 10/30/2005 | CHF | Telephone call B.Scalambrino regarding union claims & subsequent telephone call with E.Kmetz regarding same. | 0.50<br>350.00/hr | 175.00 |
| 11/1/2005 | DBF | Review search results from CorpLink Services. E-mail KMETZ regarding findings as they relate to filed bankruptcy schedules. E-mails to Ed Kmetz. | 2.00<br>80.00/hr | 160.00 |
| 11/4/2005 | CHF | Telephone call E.Kmetz & voice mail to attorney for Assignment for the Benefit of Creditors Supply. | 0.25<br>350.00/hr | 87.50 |



Kmetz Construction Co.  Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2005 | CHF | Series of telephone calls with E.Kmetz & attorney for A.B.C. Supply regarding lien claim. | 0.80 350.00/hr | 280.00 |
| 11/11/2005 | CHF | Telephone call E.Kmetz regarding resolution of A.B.C. mechanics lien claim. | 0.25 350.00/hr | 87.50 |
| 11/14/2005 | CHF | Review & respond to E.Kmetz email regarding presenting financing plan to Bank & subsequent telephone call regarding same. | 0.50 350.00/hr | 175.00 |
|  | CHF | Prepared for & attended Kmetz 341 meeting. | 1.50 350.00/hr | 525.00 |
|  | CHF | Telephone call E.Kmetz regarding new carpentry contract. | 0.25 350.00/hr | 87.50 |
| 11/15/2005 | DBF | Made amendments to Statement of Financial Affairs and Declaration regarding Bankruptcy schedules and Declaration regarding Electronic Filing. Telephone call and e-mail to Ed Kmetz. | 1.00 80.00/hr | 80.00 |
| 11/16/2005 | CHF | Telephone call E.Kmetz regarding union payments. | 0.20 350.00/hr | 70.00 |
| 11/17/2005 | CHF | Series of telephone calls with E.Kmetz regarding payment of union dues, new contract & Debtor-in-Possession financing needs. | 0.60 350.00/hr | 210.00 |
| 12/1/2005 | DBF | ECF Electronic filing of Notice of Intent To Present Order and Application to Employ Special Litigation Counsel. | 1.00 80.00/hr | 80.00 |
| 12/12/2005 | DBF | ECF Electronic filing of Certificate of Service and scan and e-mail Laborers Fund Proof of claim. | 0.50 80.00/hr | 40.00 |
| 1/9/2006 | CHF | Review & respond to various E.Kmetz emails regarding case generally. | 0.60 375.00/hr | 225.00 |
| 1/16/2006 | CHF | Series of telephone calls with regarding MO & FOB lift stay motion review & revise proposed Order. | 0.80 375.00/hr | 300.00 |
| 1/24/2006 | CHF | Write letter E.Kmetz regarding hearing on cash collateral & plan extension motion & plan confirmation problems. | 0.50 375.00/hr | 187.50 |
| 1/31/2006 | CHF | Telephone call I.Miller regarding proposed dismissal of bankruptcy case. | 0.25 375.00/hr | 93.75 |
|  | SUBTOTAL: |  | [   16.20 | 3,698.75] |

**2. Retention & Compensation of Professionals**

| 10/17/2005 | CHF | Drafted motion to retain attorney. | 1.00 350.00/hr | 350.00 |

Kmetz Construction Co.                                                                                         Page    3

|            |     |                                                                                                                 | Hrs/Rate        | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 10/18/2005 | CHF | Review W.Graham email regarding being licensed in IN only, write E-Mail to R. Friedman of U.S. Trustee's office regarding same. | 0.35 350.00/hr  | 122.50   |
|            | CHF | Write E-Mail to WG regarding motion to retain him as accountant for company. | 0.20 350.00/hr  | 70.00    |
| 10/21/2005 | CHF | Telephone call I.Miller regarding retention as special counsel.                                                 | 0.20 350.00/hr  | 70.00    |
| 10/25/2005 | CHF | In Court regarding motion to retain attorney.                                                                   | 0.80 350.00/hr  | 280.00   |
| 11/7/2005  | CHF | Worked on motion to retain special counsel & series of telephone calls with E.Kmetz & I.Miller regarding same.  | 1.10 350.00/hr  | 385.00   |
| 11/9/2005  | CHF | Review U.S. Trustee e-mail regarding special counsel retention.                                                 | 0.25 350.00/hr  | 87.50    |
| 11/11/2005 | DBF | Draft application to employ special counsel. Notice of Motion. Order. Affidavit. | 2.00 80.00/hr   | 160.00   |
| 11/30/2005 | DBF | Completed Application To Employ Special Litigation Counsel S. Ira Miller. Telephone call and fax documents for review to Mr. Miller. | 0.67 80.00/hr   | 53.33    |
| 12/5/2005  | CHF | Prepared Order regarding retention of special counsel.                                                          | 0.20 350.00/hr  | 70.00    |
| 12/8/2005  | CHF | In Court regarding retention of special counsel.                                                                | 0.50 350.00/hr  | 175.00   |
| 2/2/2006   | CHF | Worked on fee petition & telephone call E.Kmetz regarding same.                                                 | 1.00 375.00/hr  | 375.00   |
|            |     | SUBTOTAL:                                                                                                       | [    8.27       | 2,198.33] |

3. Cash Collateral

|            |     |                                                                                                             | Hrs/Rate       | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------|----------------|--------|
| 10/17/2005 | CHF | Worked on cash collateral motion, order & notice.                                                           | 1.50 350.00/hr | 525.00 |
|            | CHF | Series of telephone calls with ED & B.Perco of FNB regarding commencement of case & cash collateral motion. | 1.00 350.00/hr | 350.00 |
|            | CHF | Telephone calls with E.Primack, attorney for FNB, regarding commencement of case & cash collateral motion.  | 0.20 350.00/hr | 70.00  |
| 10/18/2005 | CHF | Review E.Kmetz email regarding cash collateral motion & respond thereto.                                    | 0.20 350.00/hr | 70.00  |
|            | CHF | Review FNB loan & security documents & write E-Mail to E.Primack regarding same.                            | 0.50 350.00/hr | 175.00 |

Kmetz Construction Co.                                                                                       Page    4

|            |     |                                                                                                                                                  | Hrs/Rate          | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 10/18/2005 | CHF | Review UCC search results & made appropriate revisions to Cash Collateral Motion & Order.                                                        | 1.10<br>350.00/hr | 385.00  |
| 10/19/2005 | DBF | ECF Electronic filing of Motion To Employ Attorney and Motion to Use Cash Collateral.                                                            | 0.60<br>80.00/hr  | 48.00   |
| 10/20/2005 | CHF | Review RP revisions to Cash Collateral Order, incorporated changes & Write E-Mail RP regarding same.                                             | 0.75<br>350.00/hr | 262.50  |
|            | CHF | Review RF email regarding Cash Collateral Order.                                                                                                  | 0.10<br>350.00/hr | 35.00   |
| 10/24/2005 | CHF | Telephone call E.Kmetz regarding hearing on Cash Collateral Order.                                                                                | 0.25<br>350.00/hr | 87.50   |
|            | CHF | Telephone call RP regarding Cash Collateral Order.                                                                                                | 0.20<br>350.00/hr | 70.00   |
|            | CHF | Write E-Mail to RF regarding Cash Collateral Order.                                                                                               | 0.10<br>350.00/hr | 35.00   |
| 10/25/2005 | CHF | In Court for presentation of cash collateral motion.                                                                                              | 0.50<br>350.00/hr | 175.00  |
|            | CHF | Telephone call E.Primack regarding Cash Collateral Order & court hearing on same.                                                                 | 0.25<br>350.00/hr | 87.50   |
| 10/30/2005 | CHF | Telephone call E.Kmetz & RP regarding cash collateral order & Debtor-In-Possession account.                                                       | 0.20<br>350.00/hr | 70.00   |
| 11/28/2005 | CHF | Series of telephone calls with E.Kmetz & prepared revised Cash Collateral budget & second interim Cash Collateral Order & Write E-Mail to E.Kmetz regarding same. | 1.20<br>350.00/hr | 420.00  |
| 11/29/2005 | CHF | In Court regarding continued hearing on Cash Collateral Order (lengthy court call).                                                               | 1.50<br>350.00/hr | 525.00  |
| 12/5/2005  | CHF | Prepared revised 2d Interim Cash Collateral Order.                                                                                                | 0.20<br>350.00/hr | 70.00   |
| 12/8/2005  | CHF | In Court regarding continued hearing on cash collateral.                                                                                          | 0.50<br>350.00/hr | 175.00  |
| 1/17/2006  | CHF | Write E-Mail to E.Kmetz regarding Cash Collateral Order & Budget.                                                                                 | 0.40<br>375.00/hr | 150.00  |
|            | CHF | Telephone call E.Kmetz regarding budget & revised cash collateral order regarding same.                                                           | 0.50<br>375.00/hr | 187.50  |
| 1/20/2006  | CHF | Telephone call E.Primack regarding cash collateral order & status of case generally.                                                              | 0.35<br>375.00/hr | 131.25  |

Kmetz Construction Co.                                                                                          Page    5

|            |     |                                                                                                                   | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 1/23/2006  | CHF | Telephone call E.Primack regarding cash collateral motion & motion to extend date to file plan.                   | 0.20 375.00/hr    | 75.00    |
|            |     | SUBTOTAL:                                                                                                         | [ 12.30           | 4,179.25] |

### 4. Plan & Disclosure Statement

|            |     |                                                                                                                   | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 10/24/2005 | CHF | Prepared plan filing deadline extension motion & write E-Mail to RF regarding same.                               | 0.20 350.00/hr    | 70.00    |
| 10/25/2005 | CHF | Review RF email regarding date to file plan & respond thereto.                                                    | 0.10 350.00/hr    | 35.00    |
| 10/31/2005 | CHF | Telephone call E.Kmetz regarding funding difficulties.                                                            | 0.20 350.00/hr    | 70.00    |
| 11/3/2005  | CHF | Review E.Kmetz email & Series of telephone calls with E.Kmetz & Norm Beles regarding Debtor-in-Possession funding. | 1.00 350.00/hr    | 350.00   |
| 11/7/2005  | CHF | Series of telephone calls with E.Kmetz & RP regarding funding interim operations.                                 | 1.00 350.00/hr    | 350.00   |
| 11/11/2005 | CHF | Telephone call E.Kmetz regarding possible plan financing & subsequent telephone call with Norm Beles regarding same. | 0.50 350.00/hr  | 175.00   |
| 11/15/2005 | CHF | Series of telephone calls with E.Kmetz & Norm Beles regarding possible Debtor-in-Possession financing.            | 0.75 350.00/hr    | 262.50   |
| 1/11/2006  | CHF | Lengthy office conference with E.Kmetz regarding plan formulation & problems regarding same.                      | 2.60 375.00/hr    | 975.00   |
| 1/16/2006  | DBF | First draft of Motion to Extend Date to File Plan and Disclosure Statement within Notice of Motion and proposed Order. | 1.33 100.00/hr | 133.33   |
|            | CHF | Lengthy telephone call with E.Kmetz regarding plan formulation.                                                   | 0.80 375.00/hr    | 300.00   |
|            | CHF | Worked on motion to extend date to file plan.                                                                     | 1.00 375.00/hr    | 375.00   |
| 1/17/2006  | DBF | ECF Electronic filing of Debtor's Motion To Extend Time To File Plan and Disclosure Statement.                    | 0.33 100.00/hr    | 33.33    |
|            | CHF | Telephone call E.Kmetz regarding Plan filing date extension motion.                                               | 0.20 375.00/hr    | 75.00    |
| 1/23/2006  | CHF | Telephone call IRS regarding possible plan proposal & section 1129 requirements.                                  | 0.27 375.00/hr    | 100.00   |
|            | CHF | Prepare plan extention motion & order for presentation at hearing.                                                | 0.10 375.00/hr    | 37.50    |

Kmetz Construction Co.                                                                                    Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2006 | CHF | Prepared for & attended hearing on motion to extend date to file plan. | 0.50<br>375.00/hr | 187.50 |
|  | | SUBTOTAL: | [ 10.88 | 3,529.16] |

### 5. Dismissal of Case

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/25/2006 | CHF | Telephone call E.Kmetz regarding plan problems & dismissal of bankruptcy case. | 0.80<br>375.00/hr | 300.00 |
|  | CHF | Telephone call E.Primack (bank's attorney) regarding plan problems & dismissal of bankruptcy case. | 0.60<br>375.00/hr | 225.00 |
| 1/26/2006 | CHF | Telephone call RP regarding his discussions with Bank regarding dismissal of case. | 0.50<br>375.00/hr | 187.50 |
| 1/30/2006 | CHF | Review email from E.Kmetz regarding dismissal of bankruptcy. | 0.25<br>375.00/hr | 93.75 |
| 1/31/2006 | CHF | Telephone call E.Kmetz & DBF regarding dismissal of case. | 0.75<br>375.00/hr | 281.25 |
|  | CHF | Telephone call I.Miller & E.Kmetz regarding dismissal. | 0.80<br>375.00/hr | 300.00 |
|  | CHF | Telephone call with E.Kmetz regarding dismissal of bankruptcy. | 0.40<br>375.00/hr | 150.00 |
|  | DBF | Telephone conference call with Chester H. Foster, Jr. and Ed Kmetz. First draft of Motion to Dismiss Chapter 11 Case. | 4.00<br>100.00/hr | 400.00 |
| 2/2/2006 | CHF | Worked on motion to dismiss case & Series of telephone calls with E.Kmetz regarding same. | 2.00<br>375.00/hr | 750.00 |
|  | CHF | Estimate time to be devoted to dismissal of case of from 2/1/06 through presentation of dismissal motion on 2/23/06. | 4.00<br>375.00/hr | 1,500.00 |
|  |  | SUBTOTAL: | [ 14.10 | 4,187.50] |
|  |  | For professional services rendered | 61.75 | $17,792.99 |

Additional Charges :

### 6. Expenses

| 10/31/2005 | Photocopy expense. | 246.50 |
|---|---|---|
|  | Postage costs. | 27.00 |